IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS PEASLEY, | No. 4:01-CV-01224 |
| Plaintiff, | |
| vs. | Complaint filed: 4/5/01 |
| PENN STATE UNIVERSITY; MARK WARDELL, individually and in his capacity as Chairman of the Department of Labor Studies; and, RONALD FILIPPELLI, individually and in his capacity as Associate Dean, Penn State University, | Judge McClure |
| Defendants. | |

FILED
WILLIAMSPORT
FEB 0 4 2002
PER _____
DEPUTY CLERK

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Louis Peasley and Penn State University, Mark Wardell, and Ronald Filippelli, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's Complaint and Amended Complaint, with prejudice. Each party shall bear his/her/its own costs.

_____
Edward A. Olds, Esquire
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975

Attorneys for Plaintiff

_____
James M. Horne, Esquire
McQuaide, Blasko, Schwartz, Fleming &
Faulkner, Inc.
811 University Drive
State College, PA 16801
(814) 238-4926

Attorneys for Defendants

**APPENDIX "A"**

- 6 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS PEASLEY, | : |
|             Plaintiff, | :   No. 4:01-CV-01224 |
| vs. | : |
| | :   Complaint filed: 4/5/01 |
| PENN STATE UNIVERSITY; MARK WARDELL, individually and in his capacity as Chairman of the Department of Labor Studies; and, RONALD FILIPPELLI, individually and in his capacity as Associate Dean, Penn State University, | :   Judge McClure |
|             Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the joint Stipulation of Dismissal as filed in the above-referenced matter was served via U.S. First Class Mail, this 2nd day of February, 2002 to the attorneys/parties of record:

Edward A. Olds, Esquire
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975

                                      McQUAIDE, BLASKO, SCHWARTZ,
                                      FLEMING & FAULKNER, INC.

                                      By:_____
                                      James M. Horne, Esquire
                                      I.D. No. 26908
                                      Katherine M. Allen, Esquire
                                      I.D. No. 77676
                                      811 University Drive
                                      State College, PA 16801
                                      (814) 238-4926
                                      Attorneys for DEFENDANTS

::ODMA\PCDOCS\DOCSLIB2\205193\5